UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:                                              CASE NO. 07-50089-PCY5
                                                          CHAPTER 13

SABRINA CAMPBELL WHITE

                 Debtor(s)          /

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: HOMECOMINGS FINANCIAL which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 396112 in the amount of 20.79 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                          /s/Leigh D. Hart or
                          /s/William J. Miller, Jr.
                             OFFICE OF THE CHAPTER 13 TRUSTEE
                             POST OFFICE BOX 646
                             TALLAHASSEE, FL 32302
                             ldhecf@earthlink.net
                             (850) 681-2734 "Telephone"
                             (850) 681-3920 "Facsimile"
```

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

| | |
|---|---|
| SABRINA CAMPBELL WHITE<br>1304 COLORADO AVENUE<br>LYNN HAVEN, FL 32444 | HOMECOMINGS FINANCIAL AS SVC<br>AGENT FOR U.S. BANK, N.A.<br>P.O. BOX 939072<br>SAN DIEGO, CA 92193-9072 |

AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                          /s/Leigh D. Hart or
                          /s/William J. Miller, Jr.
7/30/2010  1:30 pm / CR_213     OFFICE OF CHAPTER 13 TRUSTEE
```